

FILED

DEC 1 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiffs,                  )   No. 1:08-CR-00245 LJO
                                     )       1:08-CR-00341 LJO
    vs.                              )
                                     )   ORDER OF RELEASE
RUBEN ECHEVERRIA,                    )
                                     )
        Defendant.                   )
_____)

The above named defendant having been sentenced on December 19, 2011, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: December 19, 2011

                                    _____
                                    LAWRENCE J. O'NEILL
                                    U.S. District Judge

1